# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156084

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 156084
                                       COA: 337639

RASON ANGELO HORTON,
      Defendant-Appellant.
                                       Washtenaw CC: 04-001501-FC

_____/

On order of the Court, the application for leave to appeal the May 10, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018


Clerk

s0521